Kirby Spencer
2654 W Horizon Ridge Pkwy
B-5 #334
Henderson, NV 89052
702-825-0252
kirby.teamworx@gmail.com

2013 APR 15 P 3: 12

DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA
# LAS VEGAS DIVISION

KIRBY SPENCER            )
   Plaintiff,            )   Case No. 2:12-cv-01317-JCM-PAL
                         )
vs.                      )   **MOTION FOR SUMMARY JUDGMENT**
DIVERSIFIED ADJUSTMENT SERVICE, INC. )
                         )
   Defendant.            )
                         )

**COMES NOW** Plaintiff Kirby Spencer, who moves for Summary Judgment in the Complaint 2:12-cv-01317-JCM-PAL pursuant to Fed. R. Civ. P. 56. This is an action brought under 47 U.S.C. § 227 Telephone Consumer Protection Act ("TCPA").

## CLAIM UPON WHICH JUDGMENT IS SOUGHT

**A. Plaintiff is entitled to Summary Judgment on Claim 1:**

1. Defendant violated Telephone Collection Practices Act ("TCPA") 47 U.S.C. § 227(b)(1)(B).

1

## CONCLUSION

Defendant has been served with the Summons and Complaint. Defendant has had ample time to review all of the evidence that was requested by counsel and provided by plaintiff during discovery. The defendant has failed to provide any relevant facts or evidence to dispute the evidence. Therefore, based on the irrefutable evidence provided to the defendant and the failure of the defendant to provide any relevant facts and or evidence to dispute the case, plaintiff respectfully requests this court to grant the motion for Summary Judgment in favor of plaintiff Kirby Spencer.

By: _____
     Kirby Spencer

DATE: April 12, 2013

## VERIFICATION OF SUMMARY JUDGMENT AND CERTIFICATION

STATE OF NEVADA      )
COUNTY OF CLARK      )

    Plaintiff, Kirby Spencer, states as follows:

1. I am the Plaintiff in this civil proceeding.

2. This civil Summary Judgment is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

3. This civil Summary Judgment is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Summary Judgment.

4. I have filed this Summary Judgment in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, Kirby Spencer, hereby declare under penalty of perjury that the foregoing is true, correct and materially complete.

By: _____
     Kirby Spencer

DATE: 4-12-2013

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail

to

DIVERSIFIED ADJUSTMENT SERVICE, INC.
Att: Kathleen Zurek & Mike Holtz
600 Coon Rapids Blvd.
Coon Rapids, MN 55433

and

CARLSON & MESSER LLP
David Kaminski
5959 W. Century Blvd. Ste. 1214
Los Angeles, CA 90045
310-242-2200
kaminskid@cmtlaw.com

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A
Gregory A. Kraemer, Esq.
Nevada Bar No. 010911
6060 Elton Avenue
Las Vegas, NV 89107
702-366-1125
gkraemer@cooperlevenson
Attorneys for Defendant

on this 12th day of April, 2013.


By: _____
        Kirby Spencer


DATE: 4-12-13