CRAIG K. PERRY, Esq.
Nevada State Bar No.: 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone:  (702) 228-4777
Fax:  (702) 943-7520
craig@craigperry.com

*Attorneys for Plaintiff*
*Kirby Spencer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO.: 2:12-cv-01317-JCM-PAL |
| Plaintiff, | |
| vs. | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC. | REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Defendant. | |

## REPLY TO DEFENDANTS' OPPOSITION TO PLAITNIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, Kirby Spencer by and through his attorney of record, Craig K. Perry, Esq. of Craig K. Perry & Associates and hereby submits its reply to Defendant Diversified Adjustment Service, Inc.'s Opposition to Plaintiff's Motion For Summary Judgment.

This reply is based on the attached points and authorities, the papers and records on file with the court, and such oral and documentary as may be presented at the time of these motions.

///

-1-

## POINTS AND AUTHORITIES

Counsel for Plaintiff is making his first appearance on this case today, having just being retained today to take over the handling of this and other aspects of this case.

Prior to this point, the Plaintiff has been operating in proper person, and has clearly missed some of the court-imposed deadlines. Counsel for Plaintiff acknowledges that Plaintiff's filing of his motion was not timely. Plaintiff's counsel will be seeking to extend the time for discovery on the basis of excusable neglect, pursuant to LR 6-1(b), in the near future.

Plaintiff's counsel sought for a continuance to answer this opposition by stipulation of the parties. Unfortunately, opposing counsel were contacted and all are out of the office until after Memorial Day.

Attached is documentary evidence of the violations of 47 U.S.C § 227(b)(1)(B). Access to this information was made available to Defense counsel as early as February 2013. This applicable portion of this law prohibits a person within the United States to "initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior written consent of the called party[.]"

Please see attached Exhibits in support of this. There are screen shots of calls from the Defendant's phone, a screen shot of the voice messages indicating they are in fact robocalls. They demonstrate repeated attempts by the Defendant to contact this Plaintiff's phone in violation of Section 227(b)(1)(B). Counsel also has audio recordings of

///
///
///
///
///
///

these calls that will be filed in support of Plaintiff's motion, which we are attempting to file today at the courthouse since they are not documents.

DATED this 23rd day of May, 2013.

CRAIG K. PERRY & ASSOCIATES

By: _____/s/ Craig K. Perry_____
CRAIG K. PERRY, Esq.
State Bar No 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of CRAIG K. PERRY &

ASSOCIATES and that on this _23rd_ day of May, 2013, I did cause a true copy

Of the foregoing REPLY TO DEFENDANTS' OPPOSITION TO PLAITNIFF'S MOTION

FOR SUMMARY JUDGMENT to be placed in the United States Mail., with

First class postage prepaid thereon, and addressed as follows:

Jerry S. Busby, Esq.
jbusby@cooperlevenson.com
Gregory A. Kraemer, Esq.
Gkraemer@cooperlevenson.com
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, Nevada 89107
Attorneys for Defendants
DIVERSIFIED ADJUSTMENT SERVICE, INC.


By:_____
An Employee of CRAIG K. PERRY & ASSOCIATES

# Exhibits



Thu, Jan 5, 2012                                    3:44 PM

## Verizon Wireless                                    Clear

Sportacular      People       Camera      MLB NEWS      Inte

**78** **Gauge Battery Widget**
Voltage 3.951V, Temperature 31.2℃                    3:42 PM

## Notifications

**Missed call**
8778167215                                          3:32 PM







Tue, Jan 10, 2012    12:37 PM

## Verizon Wireless

Clear


Shazam


Phone


People


MLB NEWS


We

 **Gauge Battery Widget**

Voltage 3.776V, Temperature 28.3°C          12:33 PM

## Notifications

 **Missed call**

8778167215                                    12:31 PM

 **New voicemail (1)**

Dial *86

                                              12:32 PM









Case 2:12-cv-01317-JCM-PAL   Document 15   Filed 05/23/13   Page 16 of 53







Verizon Wireless

3:58 PM

Tue, Jan 31, 2012

Missed call
8005923429 (3:51 PM)

menu

Tue, Jan 31, 2012   3:59 PM

## Verizon Wireless

Clear


Shazam


Phone


Weather


Settings


Peo

 **Gauge Battery Widget**

Voltage 3.829V, Temperature 30.9℃                3:57 PM

## Notifications

 **Wi-Fi networks available**

Open Wi-Fi networks available

 **Missed call**

8005923429                                        3:51 PM

 **New voicemail from (800) 592-3429 at 3:51**

Google Voice                                      3:54 PM

| Notifications | Quick Settings |



verizon

98

11:22 A

Call History

(Unknown)
8005923429

Mon, Feb 6 3:04 PM



Stop Your Trustee Sale - www.

# New voicemail from (800) 592-3429 at 9:02 AM    📙    Inbox   x

**Google Voice** voice-noreply@google.com                              Feb 15 (1 day ago) ☆
to me ▾

Voicemail from: (800) 592-3429 at 9:02 AM                              Google voice

Yes is a message message for Hey Matthew, Hey, whether be yeah, if we have reached the wrong
number. Please call. Hey 800. Yeah 5 92, yeah, 3429 To remove your phone number and then
disconnect by continuing to listen to this message, you acknowledge you are. Hey Matthew, yeah.
Kirby. Yeah. This message contains I the information. This is diversified adjustment service. We are
attempting to collect a debt and any information obtained will be used for that purpose impact our
office regarding this important business matter AT, hey 800. Yeah, Hi. 92. Yeah, 3429.
Play message

Click here to Reply or Forward

**Thu, Feb 23, 2012**   9:50 AM

## Verizon Wireless

Clear

California Lottery

Gold Live!

Clock

Weather

MLB

 **Gauge Battery Widget**

Voltage 4.204V, Temperature 27.6°C, Charging  9:48 AM

## Notifications

 **Missed call**

8005923429                                    9:46 AM



AT&T Small Business Phone - att.com/SmallBusiness - Business Phone & High Speed DSL For $75/mo.

New voicemail from (800) 592-3429 at 9:46 AM     Inbox  x

**Google Voice** voice-noreply@google.com                    Feb 23 (5 days ago)
to me

Voicemail from: (800) 592-3429 at 9:46 AM                    **Google** voice

Yes is a message. 6. 4. Your Matthew, yeah. Kirby. Yes, we have reached the wrong number. Please
call yeah 800. Yeah fives 92, yeah, 3429 yours, of your phone number and then disconnect by
continuing to listen to this message, you acknowledge you are your Matthew, yeah. Kirby. This
message contains I the information. Yes is diversified adjustment service. We are attempting to
collect a debt and any information obtained will be used for that purpose packed our office regarding
this important business matter at. Yeah 800. Yeah, Hi. 92. Yeah, 3429.
- Play message

Click here to Reply or Forward

**AT&T Small Business Phone**
Business Phone & High Speed DSL For $75/mo. Get The Special Offer Now!
att.com/SmallBusiness



Verizon Wireless

12:36 PM

Fri, Mar 2, 2012

Missed call
8005923429 (11:43 AM)

menu



Gmail

Robert Goldstein - ExitYourDebt.com - Local Bankruptcy Help 888-829-3948 Debts, Credit cards, 2

oicemail from (800) 592-3429 at 11:43 AM          Inbox    x

Google Voice voice-noreply@google.com                           Mar 2 (1 day ago) ☆

to me ▾                                                        Google voice

Voicemail from: (800) 592-3429 at 11:43 AM

Yes is a message message for your Matthew, yeah. Kirby. Yes, we have reached the wrong number
Please call yeah 800. Yo I 92, yeah, 3429 To remove your phone number and then disconnect by
continuing to listen to this message, you acknowledge you are. Yeah, Matthew yeah. Kirby. Yes
message contains I the information. Yes is diversified adjustment service. We are attempting to
collect a debt and any information obtained will be used for that purpose at our office regarding this
important business matter at. Yeah 800. Yeah 5 92, yeah 3429.

Play message

Click here to Reply or Forward

Ads ~ Why thi

**Law Ofcs Robert Goldstein**
Local Bankruptcy Help 888-829-3948 Debts, Credit cards, 2nd mortgage
ExitYourDebt.com

Fri, Mar 2, 2012   12:27 PM

## Verizon Wireless

Clear



Gold Live!



SportingNew
s



Phone



Baseball
Dictionary



View

 **Gauge Battery Widget**

Voltage 4.099V, Temperature 27.3℃                    12:19 PM

## Notifications

 **Missed call**

8005923429                                             11:43 AM

 **New voicemail from (800) 592-3429 at 1**

Google Voice                                           11:46 AM

Notifications          Quick Settings



verizon

6:21 P

## Call History

(Unknown)     Tue, Mar 6 1:51 PM
8005923429



Verizon Wireless

# 9:06 AM

## Mon, Apr 9, 2012



**Missed call**
8005923429 (9:03 AM)

menu



# Verizon Wireless

# 9:38 AM

## Thu, Apr 19, 2012

**Missed call**
8005923429 (9:34 AM)

menu



Vidyo - www.vsgi.com - Natural, Scalable, and Affordable HD Video Conferencing from VSGi

## New voicemail from (800) 592-3429 at 9:01 AM    Inbox  x

Google Voice voice-noreply@google.com          May 2 (3 days ago)
to me

Voicemail from: (800) 592-3429 at 9:01 AM          Google voice

Yes is a message. 6. 4. Your Matthew, yeah. Kirby. Yes, we have reached the wrong number. Please call yeah 800. Yeah by 92. Yeah, 3429 To remove your phone number and then disconnect by continuing to listen to this message, you acknowledge you are your Matthew, yeah. Kirby. Yeah. This message contains I the information. Yes is diversified adjustment service. We are attempting to collect a debt and any information obtained will be used for that purpose at our office regarding this important business matter at. Yeah 800. Yeah by 92, yeah 3429 bye bye.
Play message

Click here to Reply or Forward

Tue, May 8, 2012    3:56 PM

## Verizon Wireless

Clear



Voice

 **Gauge Battery Widget**

Voltage 3.94V, Temperature 27.6°C          3:56 PM

## Notifications

 **Missed call**

8005923429          3:50 PM

 **Voicemail from +18005923429**

3:52 PM

Verizon Wireless

## 3:06 PM

### Mon, May 14, 2012



**Missed call**
8005923429 (3:01 PM)

menu

Tue, May 15, 2012   9:04 AM

## Verizon Wireless <span>Clear</span>

    

At Bat Lite    Phone    Settings    Clock    View

 **Gauge Battery Widget**

Voltage 4.2V, Temperature 24.5°C, Charging    9:03 AM

### Notifications

 **Mattabattacola (Daily Baseball Term)**

When a hitter breaks his bat. Started by Chic⋯ 9:00 AM

 **Missed call**

8005923429    9:00 AM

 **Voicemail from +18005923429**

    9:02 AM

**Notifications**    **Quick Settings**

Verizon Wireless

# 9:01 AM

### Tue, May 15, 2012

 **Missed call**
8005923429 (9:00 AM)

menu

Verizon Wireless

# 10:28 AM

Wed, May 16, 2012

 **Missed call**
8005920230 (9:27 AM)

 menu



**Thu, May 17, 2012** 9:34 AM

# Verizon Wireless

Clear



Mail



**82** **Gauge Battery Widget**

Voltage 3.83V, Temperature 34.3℃          9:33 AM

Southwest Airlines

82% ████████████████████████

# Notifications



**Missed call**

8005923429                                    9:01 AM

9:34 AM

From:  Google Voice 

New voicemail from (800) 592-3429 at 9:01 AM

Thu, May 17, 2012 9:03 AM

Voicemail from: (800) 592-3429 at 9:01 AM

This is a message for yeah, Matthew. Yeah, Kirby yeah, if we have reached the wrong number. Please call. Yeah 800. Yeah by 92. Yeah, 3429 To remove your phone number and then disconnect by continuing to listen to this message, you acknowledge you are your Matthew, yeah. Kirby. This message contains I the information. Yes is diversified adjustment service. We are attempting to collect a debt and

**Mon, May 21, 2012**   2:47 PM

## Verizon Wireless

Clear


Phone


Weather


Settings


People


Bas
Dicti

 **Gauge Battery Widget**

Voltage 3.974V, Temperature 25.4℃                2:45 PM

## Notifications

 **Missed call**

8005923429                                        2:44 PM

 **Voicemail from +18005923429**

                                                  2:46 PM

**Tue, May 22, 2012**  4G 📶 🔋 **9:09 AM**

## Verizon Wireless

<span style="border:1px solid">Clear</span>


View event

🕐
Clock

🔦
Flashlight

⚙️
Settings

Ph

 **91** **Gauge Battery Widget**

Voltage 4.034V, Temperature 31.5℃                    9:08 AM

### Notifications

 **salami (Daily Baseball Term)**

A grand slam home run.                    8:59 AM

 **Missed call**

8005923429                    9:01 AM

 **Voicemail from +18005923429**

                    9:06 AM



Fri, Dec 16, 2011  9:05 AM

## Verizon Wireless


Phone


MLB NEWS


People


Pro Football
Insider


Wea

 **Gauge Battery Widget**

Voltage 3.784V, Temperature 28.8°C                    9:05 AM

## Notifications

 **New voicemail (1)**

Dial *86                                              9:04 AM

**Notifications**          **Quick Settings**




**verizon**

Tue, Dec 20, 2011    3:53 PM

## Verizon Wireless

 Clear


Clock


Phone


Camera


Spotify


Gold

**98** **Gauge Battery Widget**
Voltage 4.159V, Temperature 24.5°C                    3:46 PM

## Notifications

 **Missed call**
8778167215                                             3:43 PM

 **New voicemail (1)**
Dial *86                                               3:45 PM





**Mon, Dec 26, 2011**   3:09 PM

## Verizon Wireless | Clear

 
Shazam


Flashlight


Adobe Reader


Downloads


Sett

**85** **Gauge Battery Widget**
Voltage 4.008V, Temperature 31.2℃          3:08 PM

## Notifications

 **Missed call**
8778167215                              2:23 PM

 **New voicemail (1)**
Dial *86                                2:26 PM



