CRAIG K. PERRY, Esq.
Nevada State Bar No.: 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
craig@craigperry.com

*Attorney for Plaintiff*
*Kirby Spencer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO.: 2:12-cv-01317-JCM-PAL |
| Plaintiff, | |
| vs. | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC. | NOTICE OF SETTLEMENT |
| Defendant. | |

### NOTICE OF SETTLEMENT

TO THE HONORBLE COURT:

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to finalize the settlement and file the dismissal.

DATED this ___19___, day of June, 2013.

CRAIG K. PERRY & ASSOCIATES

_____
CRAIG K. PERRY, Esq.
State Bar No 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Attorney for Plaintiff

-1-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of CRAIG K. PERRY & ASSOCIATES and that on this 20TH day of June, 2013, I did cause a true copy of the foregoing NOTICE OF SETTLEMENT to be placed in the United States Mail., with First class postage prepaid thereon, and addressed as follows:

Jerry S. Busby, Esq.
jbusby@cooperlevenson.com
Gregory A. Kraemer, Esq.
Gkraemer@cooperlevenson.com
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, Nevada 89107
Attorneys for Defendants
DIVERSIFIED ADJUSTMENT SERVICE, INC.

By: _____
An Employee of CRAIG K. PERRY & ASSOCIATES