CRAIG K. PERRY, Esq.
Nevada State Bar No.: 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Phone: (702) 228-4777
Fax: (702) 943-7520
craig@craigperry.com

*Attorney for Plaintiff*
*Kirby Spencer*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO.: 2:12-cv-01317-JCM-PAL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| DIVERSIFIED ADJUSTMENT SERVICE, INC. | TO DISMISS WITH PREJUDICE |
| Defendant. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff KIRBY SPENCER, by and through his attorney of record, CRAIG K. PERRY, Esq., of CRAIG K. PERRY & ASSOCIATES, and DIVERSIFIED ADJUSTMENT SERVICE, INC., Defendants, by and through its counsel of Record, GREGORY A. KRAEMER, Esq. of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and hereby stipulate to dismiss the above-entitled litigation with prejudice.

///

///

///

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear their own attorneys' fees and costs.

Dated this 25th day of July, 2013.

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.

/s/ Gregory A. Kraemer
_____
Gregory A. Kraemer, Esq.
State Bar No.: 010911
6060 Elton Avenue, Suite A
Las Vegas, NV  89107
Telephone (702) 366-1857
Attorney for Defendant
DIVERSIFIED ADJUSTMENT SERVICE, Inc.

Dated this 25th day of July, 2013.

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
_____
Craig K. Perry, Esq.
State Bar No.: 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Telephone (702) 228-4777
Attorney for Plaintiff
KIRBY SPENCER

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties complaint on the above-noted matter be dismiss with prejudice, each party to bear their own attorney's fees.

DATED this _____ day of _____, 2013.

_____
United States Magistrate Judge

Submitted by:

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
_____
CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Attorney for Plaintiff
KIRBY SPENCER